JANUARY 19, 1993

No. 92–217. AMERICAN COUNCIL OF THE BLIND OF COLORADO, INC., ET AL. *v.* ROMER, GOVERNOR OF COLORADO, ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Farrar* v. *Hobby, ante,* p. 103.

No. 92–292. KOLODZIECZAK ET AL. *v.* FRIEND ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Farrar* v. *Hobby, ante,* p. 103.

No. 92–402. NICHOLS ET AL. *v.* ROMBERG ET UX. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Farrar* v. *Hobby, ante,* p. 103.

No. D–1188. IN RE DISBARMENT OF LOMBARDI. Disbarment entered. [For earlier order herein, see *ante,* p. 937.]

No. D–1189. IN RE DISBARMENT OF HURLEY. Disbarment entered. [For earlier order herein, see *ante,* p. 937.]

No. D–1190. IN RE DISBARMENT OF COLE. Disbarment entered. [For earlier order herein, see *ante,* p. 938.]

No. D–1191. IN RE DISBARMENT OF SKRYD. Disbarment entered. [For earlier order herein, see *ante,* p. 949.]

No. D–1192. IN RE DISBARMENT OF ALBAN. Disbarment entered. [For earlier order herein, see *ante,* p. 949.]